Fill in this information to identify the case:

Debtor 1 Gina A Hough

Debtor 2 ____________________

(Spouse, if filing)

United States Bankruptcy Court for the District of DISTRICT OF COLUMBIA

Case number 25-00009-ELG

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor: U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST**

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 6368

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

■ Yes. Date of the last notice: 3/25/2025

**Part 1: Itemize Postpetition Fees, Expenses, and Charges**

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 03/19/2025 | (5) | $875.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Proof of Claim-410A | 03/19/2025 | (11) | $325.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Gina A Hough — Case number (if known) 25-00009-ELG

Print Name | Middle Name | Last Name

**Part 2:** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Francisco Cardona — Date May 20, 2025

Signature

Print: Francisco Cardona (First Name, Middle Name, Last Name) — Title: Authorized Agent

Company: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address: 13010 Morris Road, Suite 450 (Number, Street)

Alpharetta (City) GA (State) 30004 (ZIP Code)

Contact Phone: 470-321-7112 — Email: fcardona@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Gina A Hough
2939 Macomb Street
Washington, DC 20008

*And via electronic mail to:*

Christianna Annette Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N
Ste B PMB 24
Fargo, ND 58102-4246

Rebecca A. Herr
185 Admiral Cochrane Dr
Ste 240
Annapolis, MD 21401

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314

By: /s/ Francisco Cardona