| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1** | Gina A Hough<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9982<br>EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2**<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | United States Bankruptcy Court for the District of Columbia | Date case filed for chapter: | 13    1/8/25 |
| Case number: | 25-00009-ELG | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case        10/22

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gina A Hough | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2939 Macomb Street<br>Washington, DC 20008 | |
| 4. | **Debtor's attorney**<br>Name and address | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854 | Contact phone 301-444-4600<br>Email: mac@mbvesq.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rebecca A. Herr<br>185 Admiral Cochrane Dr<br>Ste 240<br>Annapolis, MD 21401 | Contact phone 301-805-4700<br>Email: ecf@ch13md.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open:<br>9:00 am – 4:00 pm Monday to Friday<br>Contact phone (202) 354-3280<br>Date: 1/13/25 |

For more information, see page 2

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 24, 2025 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 879 999 1048, and Passcode 1203282023, OR call 1 667−406−0794**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| | At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007−1. | |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/25/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/19/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/7/25** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Hearing on Confirmation of the Plan**<br>Date: **March 20, 2025**          Time: **01:00 PM**<br>Location:  Courtroom 1 and Zoom., For meeting code contact:, Gunn_Hearings@dcb.uscourts.gov | | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 25-00009-ELG |
| Gina A Hough | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 13, 2025 | Form ID: 309I | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina A Hough, 2939 Macomb Street, Washington, DC 20008-3316 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 783661 | | AES/Mefa, PO Box 61047, Harrisburg, PA 17106-1047 |
| 783662 | | AES/Mefa Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 783663 | | American Collections E, 6094 Franconia Rd Ste D, Alexandria, VA 22310-4433 |
| 783667 | | Brandywine Dental Care, PO Box 1269, Columbus, OH 43216-1269 |
| 783659 | | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 75520 WASHINGTON DC 20013 |
| 783672 | | Selene Finance, Philadelphia, PA 19101 |
| 783676 | + | U.S. Bank Trust Nation Association, 4340 East West Highway, Suite 600, Bethesda, MD 20814-4411 |
| 783679 | | Washington Orthopaedic Sport, 6094 Franconia Rd, Ste D, Alexandria, VA 22310-4433 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mac@mbvesq.com | Jan 13 2025 21:56:00 | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854 |
| tr | + | Email/Text: bnc@ch13md.com | Jan 13 2025 21:56:00 | Rebecca A. Herr, 185 Admiral Cochrane Dr, Ste 240, Annapolis, MD 21401-7623 |
| smg | + | EDI: DCGOVT | Jan 14 2025 02:54:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | + | Email/Text: angela.coleman@dc.gov | Jan 13 2025 21:56:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Jan 13 2025 21:51:52 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Jan 13 2025 21:51:57 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jan 13 2025 21:56:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jan 13 2025 21:56:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 783664 | | Email/Text: ebn@amcollect.com | Jan 13 2025 21:56:00 | American Collections Enterprise, Inc, Attn: Bankruptcy, 205 S Whiting St Ste 500, |

Case 25-00009-ELG   Doc 6   Filed 01/15/25   Entered 01/16/25 00:05:28   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 309I | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| | | | Alexandria, VA 22304-3632 |
| 783666 | EDI: TSYS2 | Jan 14 2025 02:54:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 783665 | EDI: TSYS2 | Jan 14 2025 02:54:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 783668 | Email/Text: EBN@edfinancial.com | Jan 13 2025 21:56:00 | Edfinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 783669 | Email/Text: EBN@edfinancial.com | Jan 13 2025 21:56:00 | Edfinancial Services, Attn: Claims, PO Box 36008, Knoxville, TN 37930-6008 |
| 783670 | ^ MEBN | Jan 13 2025 21:51:58 | Jpmcb Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 783671 | EDI: MERCEDES | Jan 14 2025 02:54:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy PO Box 685, Roanoke, TX 76262-0685 |
| 783673 | Email/Text: bkteam@selenefinance.com | Jan 13 2025 21:56:00 | Selene Finance, Attn: Bankruptcy PO Box 8619, Philadelphia, PA 19176-8619 |
| 783675 | Email/Text: Bankruptcy@TekCollect.com | Jan 13 2025 21:56:00 | Tek-Collect Inc, PO Box 1269, Columbus, OH 43216-1269 |
| 783674 | Email/Text: Bankruptcy@TekCollect.com | Jan 13 2025 21:56:00 | Tekcollect Inc, Attn: Bankruptcy, PO Box 1269, Columbus, OH 43216-1269 |
| 783678 | EDI: USAA.COM | Jan 14 2025 02:54:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 783677 | EDI: USAA.COM | Jan 14 2025 02:54:00 | USAA Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 783681 | EDI: WFFC2 | Jan 14 2025 02:54:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 783680 | EDI: WFFC2 | Jan 14 2025 02:54:00 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0090-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 309I | Total Noticed: 31 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Debtor Gina A Hough mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 3