UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA
WASHINGTON DC DIVISION

IN RE:                                                           **CASE NO.: 25-00009**
                                                                                       **CHAPTER 13**

**Gina A Hough,**
    **Debtor.**

_____/

**REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                   Attorney for Secured Creditor
                                                   13010 Morris Road, Suite 450
                                                   Alpharetta, GA 30004
                                                   Telephone: 470-321-7112
                                                   Facsimile: 404-393-1425

                                                   By: /s/Francisco Cardona
                                                       Francisco Cardona
                                                       Email: fcardona@raslg.com

# **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on January 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GINA A HOUGH
2939 MACOMB STREET
WASHINGTON, DC 20008

And via electronic mail to:

THE VERSTANDIG LAW FIRM, LLC
9812 FALLS ROAD
#114-160
POTOMAC, MD 20854

REBECCA A. HERR
185 ADMIRAL COCHRANE DR
STE 240
ANNAPOLIS, MD 21401

U. S. TRUSTEE FOR REGION FOUR
U. S. TRUSTEE'S OFFICE
1725 DUKE STREET
SUITE 650
ALEXANDRIA, VA 22314

                                              By: /s/ Journie Morosky