UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

In re:                                                      Bankr. Case No. 25-00009

Gina A Hough                                            Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust
> c/o BK Servicing, LLC
> PO Box 131265
> Roseville, MN  55113-0011

BK Servicing, LLC

By  /s/ Stephanie Jones

> Stephanie Jones, Agent
> BK Servicing, LLC
> PO Box 131265
> Roseville, MN  55113-0011
> 651-366-6390
> notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on January 20, 2025 :

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854

Rebecca A. Herr
185 Admiral Cochrane Dr
Ste 240
Annapolis, MD  21401

By /s/ Stephanie Jones, Agent
　　Stephanie Jones

523141