UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLUMBIA (WASHINGTON, D.C)

| | | |
|---|---|---|
| In re: | ) | |
| **Hough, Gina A.,** | ) | Case No. 25-00009 |
| Debtor. | ) | |
| | ) | **Bankruptcy Chapter 13** |
| | ) | |
| | ) | |

Massachusetts Educational Financing Authority
CREDITOR REQUEST FOR NOTICE

    PLEASE TAKE NOTICE that MASSACHUSETTS EDUCATIONAL FINANCING AUTHORITY (MEFA) a creditor in the above captioned case, requests pursuant to Bankruptcy Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in this case and all papers served in the case be given to and served, whether electronically or otherwise at the following address:

    Massachusetts Educational Financing Authority
    c/o Melissa Donohoe Dixon, Esq.
    Donohoe Law, P.C.
    PO Box 702
    Marshfield, MA 02050
    781-934-9960
    melissa@donohoelawpc.com

Dated:  January 30, 2025        MASSACHUSETTS EDUCATIONAL
FINANCING AUTHORITY
By its attorney,


/s/ Melissa Donohoe Dixon

Melissa Donohoe Dixon, Esq.
Donohoe Law, P.C.
PO Box 702
Marshfield, MA 02050
781-934-9960
Mass BBO # 641597
melissa@donohoelawpc.com


### Certificate of Service

The undersigned member of the Bar certifies that a copy of the foregoing document was served by first class mail or by electronic mail as shown on Schedule A on January 30, 2025.


/s/ Melissa Donohoe Dixon

Melissa Donohoe Dixon


### Schedule A

Attached hereto

Case No. 25-00009

**Schedule A**

Rebecca A. Herr
185 Admiral Cochrane Dr
Ste 240
Annapolis, MD 21401
301-805-4700
**ecf@ch13md.com**


U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314
703-557-7176
USTPRegion04.DC.ECF@USDOJ.GOV


Maurice BelmontVerStandig
The VerStandig Law Firm,LLC
9812 Falls Road
#114-160
Potomac, MD 20854
301-444-4600
mac@mbvesq.com


U.S. Bank Trust National Association
Robertson, Anschutz, Schneid, Crane
13010 Morris Road, Suite 450
Alpharetta, GA 30004