Christianna A. Cathcart, Esq.
Bar No. ND 10095
THE BELMONT FIRM
1050 Connecticut Avenue
NW Suite 50
Washington, DC 20036
Phone: (202) 655-2066
E-mail: christianna@dcbankruptcy.com
*Counsel for the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>GINA A. HOUGH,<br><br>Debtor. | No. 25-00009-ELG<br><br>Chapter 13 |

**DEBTOR'S MOTION TO EXTEND TIME**

Comes now, Gina A. Hough (the "Debtor"), by and through undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and 3015(b), as well as Local Rule 1007-1(d) and 3015-1(c), respectfully moves this Honorable Court for an extension of time to file the Outstanding Initial Documents (defined *infra*), and in support thereof states as follows:

The Debtor filed her Voluntary Petition and matrix of creditors thereby initiating the above-captioned case on January 8, 2025. *See generally* ECF No. 1. The Debtor must still file her: (i) Summary of Assets and Liabilities; (ii) Schedules A/B, C, D, E/F, G, H, I, and J; (iii) Schedules Declaration; (iv) Statement of Financial Affairs; (v) Statement of Current Monthly Income; (vi) Chapter 13 Plan; and (vii) Disclosure of Compensation (collectively, the "Outstanding Initial Documents").

On January 13, 2025, this Honorable Court issued a Notice of Deadline to file the Outstanding Initial Documents by January 22, 2025. ECF No. 5. Subsequently, on January 23, 2025, this Court granted an extension, extending the deadline to February 5, 2025. ECF No. 11. The Debtor, a dedicated legal professional, has been balancing significant professional obligations, including a mandatory business trip, while diligently working to gather and organize the information necessary to complete the required filing. Undersigned counsel has been actively assisting the Debtor to ensure the documents are prepared, reviewed, and filed accurately. However, given the Debtor's professional commitments and the complexity of the required filings, additional time is necessary to ensure their thorough preparation and accurate submission, thereby safeguarding the interests of all parties involves and ensuring full compliance with the requirements of this Honorable Court.

**WHEREFORE,** the Debtor respectfully requests this Honorable Court extend the deadline to file the Outstanding Initial Documents from February 05, 2025, to February 6, 2025.

Respectfully submitted,

Date: February 5, 2025        By:    /s/ Christianna A. Cathcart
                                     Christianna A. Cathcart,
                                     Bar No. ND 10095
                                     THE BELMONT FIRM
                                     1050 Connecticut Avenue NW
                                     Suite 500
                                     Washington, DC 20036
                                     Phone: (202) 655-2066
                                     E-mail: christianna@dcbankruptcy.com
                                     *Counsel for the Debtor*