Local Official Form 101

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| In re:<br>Gina A. Hough<br>,<br>Debtor(s). | Case No. 25-00009<br><br>Chapter 13 |
|---|---|

## COVERSHEET FOR AMENDING CREDITORS OR CREDITOR INFORMATION

     This notice is being filed in accordance with Local Rules 1009-1(b) and/or 1019-1(a) upon the filing of an amendment to the debtor's lists, schedules, or statements, pursuant to Bankruptcy Rules 1009 and/or 1019, which adds, deletes, or modifies a creditor.
     I hereby certify that:

☒ The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
1. remitted the required fee;
2. provided the Court with a supplemental List of Creditors **of only the added creditors** in the format specified by the Clerk, or electronically uploaded the added creditors in NextGen CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the documents required by Local Rule 1009-1(b)(1)-(6) and filed a certificate of service with the Court; and/or
4. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐ The paper filed **removes** a creditor(s) as reflected on the attached list (include name and address of each creditor being removed). I have:
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service with the Court; and
3. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐ The paper filed **changes** the address of a creditor(s) or an attorney for a creditor listed on the schedules, and/or adds the name and address of an attorney for a creditor listed on the schedules as reflected on the attached list. I have:
1. provided notice to affected parties, including service of a copy of this notice and a copy of the documents required by Local Rule 1009-1(b)(1)-(6) and filed a certificate of service with the Court; and
2. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a) or other paper.

1

**Local Official Form 101**

☐ The paper filed **amends** schedule D or E/F amount(s) or classification(s). I have:
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service with the Court; and
3. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐ None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ **does** or ☐ **does not** require the filing of an amended schedule and summary of schedules as required by Local Rule 1009-1(a).

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors, if applicable) or Bankruptcy Form 202, "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1009-1(a).

Respectfully submitted,

| 02.06.2025 | /s/ Christianna A. Cathcart |
|---|---|
| Dated: | Signature of attorney/pro se party |
| | Christianna A. Cathcart ND 10095 |
| | Name, Bar Number (if applicable) |
| | The Belmont Firm |
| | Firm (if applicable) |
| | 1050 Connecticut Ave, NW, Ste 500 |
| | Address |
| | Washington, DC 20036 |
| | Address |
| | (202) 655-2066 |
| | Telephone |
| | christianna@dcbankruptcy.com |
| | Email Address |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
Gina A. Hough                      )     Case No. __25-00009__
                                   )
            Debtor(s).             )     Chapter __13__

AMENDMENT TO LIST OF CREDITORS AND MAILING
MATRIX TO ADD PREVIOUSLY UNLISTED ENTITY OR ENTITIES

    1. For the entities on the attached list, the List of Creditors and Mailing Matrix previously filed in this case is **amended to add the name and address of each such entity**. The attached list, consists of __1__ pages and a total of __3__ entities listed with their correct addresses.

    2. As hereby amended (and as amended by any prior amendments filed and by any amendment(s) being filed contemporaneously herewith), the List of Creditors and Mailing Matrix contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, and E/F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of February ,2025 by:

DocuSigned by:

_[signature]_
68913F9E05A14D5...
_____
Debtor

Executed on this ____ day of _____, _____ by:

_____
Joint Debtor (if joint case filed by both spouses)

2

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101



Bluestone Builders
1026 King Street
Alexandria, VA 22314



Kristin Gerlach
7625 Wisconsin Ave
Bethesda, MD 20814