Christianna A. Cathcart, Esq.
Bar No. ND 10095
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for Gina A. Hough.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-00009 |
| | ) | (Chapter 13) |
| Gina A. Hough. | ) | |
| | ) | |
| Debtor. | ) | |

## **CERTIFICATE OF SERVICE**

In compliance with LBR 1009-2(e), I hereby certify that on this 6th day of February 2025, I caused a copy of the Notice of Chapter 13 Bankruptcy Case (DE #4) to be served via US mail, postage prepaid, on the following:

Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101

Bluestone Builders
1026 King Street
Alexandria, VA 22314

Kristin Gerlach
7625 Wisconsin Ave
Bethesda, MD 20814

*[Signature on Following Page]*

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 6, 2025 | By: /s/ Christianna A. Cathcart<br>Christianna A. Cathcart, Esq.<br>Bar No. ND 10095<br>The Belmont Firm<br>1050 Connecticut Avenue, NW<br>Suite 500<br>Washington, DC 20036<br>Phone: (202) 655-2770<br>christianna@dcbankruptcy.com<br>*Counsel for Gina A. Hough.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart