Christianna A. Cathcart, Esq.
Bar No. ND 10095
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for Gina A. Hough.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-00009 |
| | ) | (Chapter 13) |
| Gina A. Hough. | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2025, I caused a copy of the Chapter 13 Plan (DE # 22) to be served on all parties on the attached mailing matrix, via US MAIL, postage prepaid.

Respectfully submitted,

Dated: February 6, 2025

By: /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND 10095
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2770
christianna@dcbankruptcy.com
*Counsel for Gina A. Hough.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

```
AES/Mefa
PO Box 61047
Harrisburg, PA 17106-1047


AES/Mefa
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461


American Collections E
6094 Franconia Rd
Ste D
Alexandria, VA 22310-4433


American Collections Enterprise, Inc
Attn: Bankruptcy
205 S Whiting St
Ste 500
Alexandria, VA 22304-3632


Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803


Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801


Bluestone Builders
1026 King Street
Alexandria, VA 22314


Brandywine Dental Care
PO Box 1269
Columbus, OH 43216-1269


DC Gov't Office of Tax and Revenue
P.O Box 37559
Washington, DC 20013
```

Edfinancial Services
120 N Seven Oaks Dr
Knoxville, TN 37922-2359


Edfinancial Services
Attn: Claims
PO Box 36008
Knoxville, TN 37930-6008


Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101


Jpmcb Card
PO Box 30281
Salt Lake City, UT 84130-0281


Kristin Gerlach
7625 Wisconsin Ave
Bethesda, MD 20814


Mercedes - Benz Financial Services
Attn: Bankruptcy
PO Box 685
Roanoke, TX 76262-0685


Selene Finance
P.O Box 8619
Philadelphia, PA 19101


Selene Finance
Attn: Bankruptcy
PO Box 8619
Philadelphia, PA 19176-8619


Tekcollect Inc
Attn: Bankruptcy
PO Box 1269
Columbus, OH 43216-1269

Tek-collect Inc
PO Box 1269
Columbus, OH 43216-1269


U.S. Bank Trust Nation Association
4340 East West Highway, Suite 600
Bethesda, MD 20814


Usaa Federal Savings Bank
10750 McDermott Fwy
San Antonio, TX 78288-0002


Usaa Federal Savings Bank
Attn: Bankruptcy
10750 McDermott Fwy
San Antonio, TX 78288-0002


Washington Orthopaedic Sport
6094 Franconia Rd
Ste D
Alexandria, VA 22310-4433


Wells Fargo Bank NA
PO Box 393
Minneapolis, MN 55480-0393


Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus
MAC X2303-01A FL 3
Des Moines, IA 50328-0001