The order below is hereby signed.

Signed: February 7 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GINA A. HOUGH,<br><br>Debtor. | No. 25-00009-ELG<br><br>Chapter 11 |

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME

Upon consideration of the Debtor's Motion to Extend Time (the "Motion"), filed by Gina A. Hough (the "Debtor"), the assertions set forth therein, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor shall have to and through February 6, 2025 to file her: (i) Summary of Assets and Liabilities; (ii) Schedules A/B, C, D, E/F, G, H, I, and J; (iii) Schedules Declaration; and (iv) Statement of Financial Affairs; (v) Statement of Current Monthly Income; (vi) Chapter 13 Plan; and (vii) Disclosure of Compensation.

*[Continued on Following Page]*

I ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND 10095
The Belmont Firm
1050 Connecticut Avenue NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
E-mail: christianna@dcbankruptcy.com
*Counsel for the Debtor*