MICHAEL J. KLIMA, JR.  #25562
8028 Ritchie Hwy, Ste. 300
Pasadena, MD 21122
(410)768-2280
jklima@peroutkalaw.com
 Attorney for Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| GINA A HOUGH | * | CASE NO.: 25-00009-ELG |
| | | (Chapter 13) |
| Debtor | * | |

\* \* \* \* \* \* \*

MERCEDES-BENZ VEHICLE TRUST SUCCESSOR IN INTEREST TO DAIMLER TRUST
2860 PATTON ROAD
ROSEVILLE MN, 55113
                                    *
    Movant
                                    *
  v.
                                    *
GINA A HOUGH
2939 MACOMB STREET                  *
WASHINGTON DC, 20008                *

    Respondent                      *

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION SEEKING RELIEF FROM AUTOMATIC STAY
### AND TO RECLAIM PROPERTY
### 2021 Mercedes-Benz GLB250W4

Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust, Movant, by Michael J. Klima, Jr., its attorney, files this Motion Seeking Relief from Automatic Stay and to Reclaim Property, and says:

1.	This Court has jurisdiction of this action pursuant to 11 U.S.C. §362(d) and 28 U.S.C. §§157(b) and 1334.

1. This is a contested matter governed by Bankruptcy Rules 4001 and 9014, and is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

2. On January 8, 2025, Gina A Hough, the Respondent, initiated proceedings in this Court seeking relief under Chapter 13 of the Bankruptcy Code, in Case No. 25-00009-ELG.

3. Respondent presently has in his/her possession or control one 2021 Mercedes-Benz GLB250W4, serial number W1N4M4HB9MW142393.

4. On or about June 17, 2021, Respondent leased said vehicle from Euro Motorcars Bethesda LLC, by virtue of a lease agreement, a copy of which is attached hereto and incorporated herein by reference. Said lease agreement was contemporaneously assigned to Movant, as shown on the face thereof.

5. Movant is the owner of said vehicle, as shown by the attached copy of the Certificate of Title, which is incorporated herein by reference, issued by the District of Columbia, Department of Public Works.

6. At the time of the filing of this Motion, there remains due and owing to Movant a balance of $33,159.01.

7. Respondent is now in default on the payments due under the aforesaid lease agreement, being $2,548.77 in arrears and another monthly lease payment in the amount of $849.59 will be due on April 17, 2025. Movant last received a payment under the lease agreement on or about January 06, 2025. Movant's account of the Respondents' payments to it is attached hereto.

8. Respondent holds no equity or ownership rights in said vehicle.

9. Movant's interest in said vehicle is not adequately protected and it has been and continues to be irreparably injured by the automatic stay, which prevents Movant from enforcing its rights as owner and lessor pursuant to the aforesaid lease agreement and the laws

of the District of Columbia, while it is not receiving adequate payments and the market value of said vehicle is rapidly depreciating.

10. The automatic stay should be terminated for cause, including Respondent's failure to make lease payments to Movant.

11. The vehicle is not necessary to Respondent's effective reorganization.

WHEREFORE, Movant respectfully requests that this Honorable Court grant it the following relief:

a. Terminate the automatic stay, to allow Movant to recover and dispose of the aforesaid 2021 Mercedes-Benz GLB250W4; and

b. Grant Movant such other and further relief as may be necessary and just, including its attorneys' fees, expenses and costs.

/s/Michael J. Klima, Jr.
MICHAEL J. KLIMA, JR.  #25562
8028 Ritchie Hwy, Ste. 300
Pasadena, MD 21122
(410) 768-2280
bankruptcy@peroutkalaw.com
Attorney for Movant
25-63123-0