# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:                                      *

GINA A HOUGH                                *       CASE NO.: 25-00009-ELG
                                                    (Chapter 13)
     Debtor                               *

*    *    *    *    *    *    *

MERCEDES-BENZ VEHICLE TRUST SUCCESSOR IN INTEREST TO DAIMLER TRUST
                                            *

     Movant                               *

    v.                                       *

GINA A HOUGH                                *

     Respondent                           *

*    *    *    *    *    *    *    *    *    *    *    *    *

## NOTICE OF PRELIMINARY HEARING

       NOTICE IS HEREBY GIVEN that the Preliminary Hearing on the Motion for
Relief from the Automatic Stay filed by Mercedes-Benz Vehicle Trust successor in interest To
Daimler Trust with regard to one 2021 Mercedes-Benz GLB250W4 will be scheduled pursuant
to 11 U.S.C. §362 for April 16, 2025 at 9:30A.M., before The Honorable Elizabeth L. Gunn,
United States Bankruptcy Judge, in Courtroom No. 1, Second Floor, United States Courthouse,
3rd & Constitution Avenue, NW, Washington, DC 20001 or by video conference.

NOTICE IS ALSO GIVEN that the Court may, at the time hereinabove scheduled, combine the preliminary hearing with the final hearing pursuant to 11 U.S.C. §362(e).

/s/Michael J. Klima, Jr._____
MICHAEL J. KLIMA, JR.  #25562
8028 Ritchie Hwy, Ste. 300
Pasadena, MD 21122
(410) 768-2280
bankruptcy@kpdlawgroup.com
Attorney for Mercedes-Benz Vehicle Trust
successor in interest To Daimler Trust