# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| GINA A HOUGH | * | CASE NO.: 25-00009-ELG |
| | | (Chapter 13) |
| Debtor | * | |

\* \* \* \* \* \* \*

MERCEDES-BENZ VEHICLE TRUST SUCCESSOR IN INTEREST TO DAIMLER TRUST

                                                                                                                                *

    Movant                                                   *

  v.                                                                  *

GINA A HOUGH                               *

    Respondent                                    *

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

      I, Michael J. Klima, Jr., of 8028 Ritchie Hwy, Ste. 300, Pasadena, MD 21122, certify that I am, and at all times hereinafter mentioned was, 18 years of age or older; and

      That on the <u>20th</u> day of <u>March, 2025</u>, I served a copy of the foregoing Motion Seeking Relief from Automatic Stay and Co-Debtor Stay and to Reclaim Property, Notice of Preliminary Hearing, Notice of Deadline to File and Serve Objection to Motion, and proposed Order on the Respondent in this proceeding:

Gina A Hough  
2939 Macomb Street  
Washington, DC 20008

and on Respondent's counsel and the Chapter 13 Trustee:

Maurice Belmont VerStandig
9812 Falls Road #114-160
Potomac, MD 20854

Christianna Annette Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N
Ste B PMB 24
Fargo, ND 58102-4246

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401

by first class mail, postage prepaid, pursuant to F.R.Bankr.P. 7004.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 03/20/2025

/s/Michael J. Klima, Jr.
MICHAEL J. KLIMA, JR.  #25562
8028 Ritchie Hwy, Ste. 300
Pasadena, MD 21122
(410) 768-2280
bankruptcy@kpdlawgroup.com
Attorney for Mercedes-Benz Vehicle Trust successor in interest To Daimler Trust
25-63123-0