# CERTIFICATE OF TITLE

# DISTRICT OF COLUMBIA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | BODY TYPE |
|---|---|---|---|
| W1N4M4HB9MW142393 | 2021 | MERZ | UT |

| TITLE NUMBER | TITLE DATE | ODOMETER | CLASS | OPER | EMPTY WT. |
|---|---|---|---|---|---|
| K2450071 | 08-13-2021 | 15 | A | 12055 | 3759 |

NAME AND ADDRESS OF VEHICLE OWNER(S)

```
DAIMLER TRUST
PO BOX 685
ROANOKE TX   76262-0685
```



ORIGINAL   (2021-08-13)

Lien Date          Lien Amount
06-17-2021         $40,780.32

**FIRST LIENHOLDER**
```
DAIMLER TITLE CO
PO BOX 997545
SACRAMENTO CA   95899-7545
```

FIRST RELEASE — INTEREST IN THIS VEHICLE IS HEREBY RELEASED:
NAME _____
TITLE _____ DATE _____

Lien Date          Lien Amount
                   $0.00

**SECOND LIENHOLDER**

SECOND RELEASE — INTEREST IN THIS VEHICLE IS HEREBY RELEASED:
NAME _____
TITLE _____ DATE _____

BY PLACEMENT OF THE ABOVE SEAL, THE DIRECTOR OF THE DEPARTMENT OF MOTOR VEHICLES CERTIFIES WITH REASONABLE CERTAINTY THAT FACTS ON THE APPLICATION FOR A CERTIFICATE OF TITLE FOR THE MOTOR VEHICLE DESCRIBED ABOVE ARE TRUE AND THAT THE ABOVE PERSON(S) IS/ARE THE LAWFUL OWNER(S) OF THAT MOTOR VEHICLE.




(REV 11/19)

ANY ALTERATION OR ERASURE VOIDS THIS TITLE