

# Payment History

**GINA HOUGH**                                                      **Agreement Number**

| Payments Applied Towards Current and Future Invoices | | | | | | | |
|---|---|---|---|---|---|---|---|
| Payment Received Date | Payment Received Amount | Payment Method | Invoice Number | Invoice Due Date | Invoice Charge Type | Payment Applied | Comments |
| 06/17/2021 | $5,644.00 | Paid Via Dealer | 134405171 | 06/17/2021 | Cap Cost Reduction (cash) Op Lse | $4,794.41 | |
| | | | 134405172 | 06/17/2021 | Lease Rental | $849.59 | |
| 07/17/2021 | $849.59 | ACH Auto Pay | 134673322 | 07/17/2021 | Lease Rental | $849.59 | |
| 08/17/2021 | $849.59 | ACH Auto Pay | 136347258 | 08/17/2021 | Lease Rental | $849.59 | |
| 09/17/2021 | $849.59 | ACH Auto Pay | 137972653 | 09/17/2021 | Lease Rental | $849.59 | |
| 10/17/2021 | $849.59 | ACH Auto Pay | 139627267 | 10/17/2021 | Lease Rental | $849.59 | |
| 11/17/2021 | $0.00 | ACH Auto Pay | 141279261 | 11/17/2021 | Lease Rental | $849.59 | |
| | | | | | Lease Rental | ($849.59) | Returned Item |
| 12/17/2021 | $849.59 | ACH Auto Pay | 141279261 | 11/17/2021 | Lease Rental | $849.59 | |
| 01/17/2022 | $849.59 | ACH Auto Pay | 142805258 | 12/17/2021 | Lease Rental | $849.59 | |
| 02/17/2022 | $849.59 | ACH Auto Pay | 144338231 | 01/17/2022 | Lease Rental | $849.59 | |
| 02/20/2022 | $849.59 | MME ACH | 145973881 | 02/17/2022 | Lease Rental | $849.59 | |
| 03/17/2022 | $849.59 | ACH Auto Pay | 148406198 | 03/17/2022 | Lease Rental | $849.59 | |
| 04/17/2022 | $849.59 | ACH Auto Pay | 151260227 | 04/17/2022 | Lease Rental | $849.59 | |
| 05/17/2022 | $0.00 | ACH Auto Pay | 153907232 | 05/17/2022 | Lease Rental | $849.59 | |
| | | | | | Lease Rental | ($849.59) | Returned Item |
| 06/17/2022 | $849.59 | ACH Auto Pay | 153907232 | 05/17/2022 | Lease Rental | $849.59 | |
| 07/17/2022 | $849.59 | ACH Auto Pay | 157265215 | 06/17/2022 | Lease Rental | $849.59 | |
| 08/17/2022 | $0.00 | ACH Auto Pay | 160690242 | 07/17/2022 | Lease Rental | $849.59 | |
| | | | | | Lease Rental | ($849.59) | Returned Item |
| 09/01/2022 | $1,699.18 | MBFS.com ACH | 160690242 | 07/17/2022 | Lease Rental | $849.59 | |
| | | | 163392266 | 08/17/2022 | Lease Rental | $849.59 | |

\*\* The highlighted amount in the Payment Applied column above represents payments received by creditor that have not been applied to customer's account as of the date this payment history is provided. The highlighted amount may be applied to customer's future invoice(s). If there is any discrepancy in this payment history and creditor's records or if this payment history contains errors regarding customer's payment history, the balances on creditor's books shall prevail. \*\*



# Payment History

| Payment Received Date | Payment Received Amount | Payment Method | Invoice Number | Invoice Due Date | Invoice Charge Type | Payment Applied | Comments |
|---|---|---|---|---|---|---|---|
| 09/17/2022 | $849.59 | ACH Auto Pay | 164804340 | 09/17/2022 | Lease Rental | $849.59 | |
| 10/17/2022 | $849.59 | ACH Auto Pay | 166227257 | 10/17/2022 | Lease Rental | $849.59 | |
| 11/17/2022 | $0.00 | ACH Auto Pay | 167638431 | 11/17/2022 | Lease Rental | $849.59 | |
| | | | | | Lease Rental | ($849.59) | Returned Item |
| 12/17/2022 | $0.00 | ACH Auto Pay | 167638431 | 11/17/2022 | Lease Rental | $849.59 | |
| | | | | | Lease Rental | ($849.59) | Returned Item |
| | | MBFS.com ACH | 168963323 | 12/17/2022 | Lease Rental | $849.59 | |
| | | | | | Lease Rental | ($849.59) | Returned Item |
| 01/06/2023 | $1,699.18 | MMF ACH | 167638431 | 11/17/2022 | Lease Rental | $849.59 | |
| | | | 168963323 | 12/17/2022 | Lease Rental | $849.59 | Returned Item |
| | | | 170306994 | 01/17/2023 | Lease Rental | $849.59 | |
| | | | | | Lease Rental | ($849.59) | Returned Item |
| 02/15/2023 | $849.59 | MBFS.com ACH | 170306994 | 01/17/2023 | Lease Rental | $849.59 | |
| 03/15/2023 | $849.59 | MBFS.com ACH | 171513462 | 02/17/2023 | Lease Rental | $849.59 | |
| 04/28/2023 | $171.66 | Agent CC | 175704216 | 03/17/2023 | Deferral Fee | $171.66 | |
| 08/30/2023 | $849.59 | Agent CC | 175678698 | 05/17/2023 | Lease Rental | $849.59 | |
| 09/15/2023 | $1,700.00 | Agent CC | 176958434 | 06/17/2023 | Lease Rental | $849.59 | |
| | | | 178251846 | 07/17/2023 | Lease Rental | $849.59 | |
| | | | 179660427 | 08/17/2023 | Lease Rental | $0.82 | |
| 10/13/2023 | $1,700.00 | Agent CC | 179660427 | 08/17/2023 | Lease Rental | $848.77 | |
| | | | 181038756 | 09/17/2023 | Lease Rental | $849.59 | |
| | | | 182354831 | 10/17/2023 | Lease Rental | $1.64 | |
| 12/14/2023 | $847.95 | Agent CC | 182354831 | 10/17/2023 | Lease Rental | $847.95 | |
| 12/29/2023 | $849.59 | Agent CC | 183731136 | 11/17/2023 | Lease Rental | $849.59 | |
| 04/12/2024 | $6,786.03 | Wire | 142424955 | 11/19/2021 | NSF (Returned Item) - Fee | $16.50 | |
| | | | 144609172 | 01/02/2022 | Late Payment Fee | $84.96 | |
| | | | 146200180 | 02/02/2022 | Late Payment Fee | $84.96 | |
| | | | 156295602 | 05/19/2022 | NSF (Returned Item) - Fee | $16.50 | |

** The highlighted amount in the Payment Applied column above represents payments received by creditor that have not been applied to customer's account as of the date this payment history is provided. The highlighted amount may be applied to customer's future invoice(s). If there is any discrepancy in this payment history and creditor's records or if this payment history contains errors regarding customer's payment history, the balances on creditor's books shall prevail. **



# Payment History

| Payment Received Date | Payment Received Amount | Payment Method | Invoice Number | Invoice Due Date | Invoice Charge Type | Payment Applied | Comments |
|---|---|---|---|---|---|---|---|
| 04/12/2024 | $6,786.03 | Wire | 157804194 | 06/02/2022 | Late Payment Fee | $84.96 | |
| | | | 161235162 | 07/03/2022 | Late Payment Fee | $84.96 | |
| | | | 163537869 | 08/02/2022 | Late Payment Fee | $84.96 | |
| | | | 164326786 | 08/19/2022 | NSF (Returned Item) - Fee | $16.50 | |
| | | | 168689022 | 11/21/2022 | NSF (Returned Item) - Fee | $16.50 | |
| | | | 169285239 | 12/03/2022 | Late Payment Fee | $84.96 | |
| | | | 169974901 | 12/21/2022 | NSF (Returned Item) - Fee | $16.50 | |
| | | | 170004060 | 12/21/2022 | NSF (Returned Item) - Fee | $16.50 | |
| | | | 170491129 | 01/02/2023 | Late Payment Fee | $84.96 | |
| | | | 171701849 | 02/02/2023 | Late Payment Fee | $84.96 | |
| | | | 173171853 | 03/05/2023 | Late Payment Fee | $84.96 | |
| | | | 177152796 | 06/02/2023 | Late Payment Fee | $84.96 | |
| | | | 178473893 | 07/03/2023 | Late Payment Fee | $84.96 | |
| | | | 179805756 | 08/02/2023 | Late Payment Fee | $84.96 | |
| | | | 181311967 | 09/02/2023 | Late Payment Fee | $84.96 | |
| | | | 182595708 | 10/03/2023 | Late Payment Fee | $84.96 | |
| | | | 183917695 | 11/02/2023 | Late Payment Fee | $84.80 | |
| | | | 185005924 | 12/17/2023 | Lease Rental | $849.59 | |
| | | | 185253877 | 12/03/2023 | Late Payment Fee | $84.96 | |
| | | | 186284667 | 01/17/2024 | Lease Rental | $849.59 | |
| | | | 186445763 | 01/02/2024 | Late Payment Fee | $84.96 | |
| | | | 187573769 | 02/17/2024 | Lease Rental | $849.59 | |
| | | | 187784719 | 02/02/2024 | Late Payment Fee | $84.96 | |
| | | | 188905620 | 03/17/2024 | Lease Rental | $849.59 | |
| | | | 189114812 | 03/04/2024 | Late Payment Fee | $84.96 | |
| | | | 191593904 | 04/17/2024 | Lease Rental | $849.59 | |
| | | | 192220915 | 03/15/2024 | Repossession Charge | $825.00 | |
| 06/02/2024 | $0.00 | | 193083856 | 06/02/2024 | Late Payment Fee | $84.96 | |
| | | | 194341978 | 06/02/2024 | Late Payment Fee | ($84.96) | Courtesy |
| 06/05/2024 | $849.59 | Agent CC | 191593905 | 05/17/2024 | Lease Rental | $849.59 | |
| 07/02/2024 | $849.59 | Agent CC | 192906663 | 06/17/2024 | Lease Rental | $849.59 | |
| 07/18/2024 | $849.59 | Agent CC | 194208586 | 07/17/2024 | Lease Rental | $849.59 | |
| 08/20/2024 | $932.09 | IVR Credit Card | 192220915 | 03/15/2024 | Repossession Charge | $82.50 | |
| | | | 195482748 | 08/17/2024 | Lease Rental | $849.59 | |

\*\* The highlighted amount in the Payment Applied column above represents payments received by creditor that have not been applied to customer's account as of the date this payment history is provided. The highlighted amount may be applied to customer's future invoice(s). If there is any discrepancy in this payment history and creditor's records or if this payment history contains errors regarding customer's payment history, the balances on creditor's books shall prevail. \*\*



## Payment History

| Payment Received Date | Payment Received Amount | Payment Method | Invoice Number | Invoice Due Date | Invoice Charge Type | Payment Applied | Comments |
|---|---|---|---|---|---|---|---|
| 10/31/2024 | $1,784.14 | Agent CC | 196825788 | 09/17/2024 | Lease Rental | $849.59 | |
| | | | 198106822 | 10/17/2024 | Lease Rental | $849.59 | |
| | | | 198323698 | 10/03/2024 | Late Payment Fee | $84.96 | |
| 01/06/2025 | $1,869.10 | Agent CC | 199407615 | 11/17/2024 | Lease Rental | $849.59 | |
| | | | 200682563 | 12/17/2024 | Lease Rental | $849.59 | |
| | | | 200880741 | 12/03/2024 | Late Payment Fee | $84.96 | |
| | | | 202087693 | 01/02/2025 | Late Payment Fee | $84.96 | |

\*\* The highlighted amount in the Payment Applied column above represents payments received by creditor that have not been applied to customer's account as of the date this payment history is provided. The highlighted amount may be applied to customer's future invoice(s). If there is any discrepancy in this payment history and creditor's records or if this payment history contains errors regarding customer's payment history, the balances on creditor's books shall prevail. \*\*