UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

IN RE

    GINA A HOUGH

Debtor(s)

Chapter 13
Case NO. 25-00009-ELG

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
22-002787-DC-B-2

### NOTICE ENTERING APPEARANCE AND REQUEST FOR ALL NOTICES

Dear Clerk:

    Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust.  Please add my name to the mailing matrix and send all notices to:

    Mark D. Meyer, Esq.
    4340 East West Highway, Suite 600
    Bethesda, MD 20814

          /s/ Mark D. Meyer
          Mark D. Meyer, Esq. # 475552
          Rosenberg & Associates, LLC
          4340 East West Highway, Suite 600
          Bethesda, MD 20814
          301-907-8000

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 8th day of April, 2025, a copy of the foregoing Notice Entering appearance was mailed, first class postage prepaid, or emailed, to the following:

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Christianna Annette Cathcart

Page 1

1630 First Ave N

Ste B PMB 24

Fargo, ND 58102-4246

Maurice Belmond VerStandig
9812 Falls Road #114-160
Potomac, MD 20854

Gina A Hough

2939 Macomb Street

Washington, DC 20008

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000