UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>GINA A HOUGH<br><br>    Debtor(s) | Chapter 13<br>Case NO. 25-00009-ELG |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST<br>9990 Richmond Avenue, Suite 400 South Houston, TX 77042<br><br>    Movant<br>v.<br><br>Gina A Hough<br>2939 Macomb Street<br>Washington, DC 20008<br><br>    Respondent(s) | Motion No. |

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

1. Jurisdiction is based on 11 U.S.C. Section 362(d)-(f).

2. On or about January 8, 2025, Gina A Hough ("Debtors") filed a Voluntary Petition in the Court under Chapter 13 of the Bankruptcy Code.

3. Rebecca A. Herr is the Chapter 13 trustee of the Debtor's estate.

4. At the time of the initiation of these proceedings, the Debtors owned a parcel of fee simple real estate improved by a residence with a legal description of "Lot numbered Twenty-One (21) in Harry A. Kite`s Subdivision of lots in square numbered Twenty Hundred Eighty-Two (2082) "Cleveland Park" and part of "Connecticut Avenue Addition to Cleveland

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
22-002787-DC-B-2

Park", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 41 at Folio 181. (Tax ID or Square/Lot) 2082 0021

(Property Street Address) 2939 Macomb Street, N.W., Washington, DC 20008", also known as 2939 Macomb Street NW, Washington, DC 20008 (hereinafter "the subject property").

    5. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase, order, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

    6. U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay. The promissory note has been duly endorsed.

    7. The total amount due under the Deed of Trust securing the Movant as of April 17, 2025, not including attorney's fees and court costs, is approximately $1,326,772.51.

    8. The Debtors are in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

    9. The Debtors have not made post-petition payments for the months of February 1, 2025 - April 1, 2025, and equity in the Debtor's residence is dissipating.

    10. The Movant lacks adequate protection of its interest in the subject property.

    11. The Movant has been and continues to be irreparably injured by the stay of Sections 362 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

    12. Cause exists for lifting the automatic stay imposed by Sections 362 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

    13. The subject property is not necessary for an effective reorganization.

    WHEREFORE, the Movant, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust its successors and/or assigns, respectfully requests that this Honorable Court.

    1. Enter an order terminating the automatic stay imposed by Sections 362 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 2939 Macomb Street NW, Washington, DC 20008; and

2. Grant such other and further relief as may be just and necessary.

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

Christianna Annette Cathcart, Esquire

I hereby further certify that on the 22nd day of April, 2025, a copy of the foregoing Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Gina A Hough
2939 Macomb Street
Washington, DC 20008

/s/ Mark D. Meyer
Mark D. Meyer, Esq.