UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>GINA A HOUGH<br><br>        Debtor(s) | Chapter 13<br>Case NO. 25-00009-ELG |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST<br>9990 Richmond Avenue, Suite 400 South<br>Houston, TX 77042<br><br>        Movant<br>v.<br><br>Gina A Hough<br>2939 Macomb Street<br>Washington, DC 20008<br><br>        Respondent(s) | Motion No. |

## **EXHIBIT A - DEBT**

**Pre Petition Arrears**

| | |
|---|---|
| NA | $0.00 |
| Total: | $0.00 |

**Post Petition Arrears**

| | |
|---|---|
| 3 payments of $7,736.05 for February 1, 2025 - April 1, 2025 | $23,208.15 |
| Attorney`s Fees | $1,549.00 |
| Total: | $24,757.15 |

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
22-002787-DC-B-2

1

**Total Pre and Post Petition Arrears:**      **$24,757.15**