UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>GINA A HOUGH<br><br>     Debtor(s) | Chapter 13<br>Case NO. 25-00009-ELG |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST<br><br>     Movant<br>v.<br><br>Gina A Hough<br>2939 Macomb Street<br>Washington, DC 20008<br><br>     Respondent(s) | Motion No. |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, and good cause having been shown, by the United State Bankruptcy Court for the District of Columbia.

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a) and 1301, be and the same is hereby, terminated to enable U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust, its successors and/or assigns, to proceed with the foreclosure sale against the real property and improvements known as 2939 Macomb Street NW, Washington, DC 20008, and that the successful purchaser thereof may take all lawful actions to obtain possession of same; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362(a) be, and it hereby, shall not be reimposed as to the Debtor`s interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

I ask for this:

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
22-002787-DC-B-2

<u>/s/ Mark D. Meyer</u>
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000


cc:  Mark D. Meyer, Esq.
     Rosenberg & Associates, LLC
     4340 East West Highway, Suite 600
     Bethesda, MD 20814

     Gina A Hough
     2939 Macomb Street
     Washington, DC 20008

     Rebecca A. Herr, Trustee
     185 Admiral Cochrane Dr., Suite 240
     Annapolis, MD 21401

     Christianna Annette Cathcart, Esquire
     1630 First Ave N
     Ste B PMB 24
     Fargo, ND 58102


End of Order