Prepared By and Return To:

Meridian Asset Services, LLC
140 Fountain Parkway N Suite 100
St. Petersburg, FL 33716
(239) 351-2442

_____ Space above for Recorder's use _____

## ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,** whose address is **C/O SELENE FINANCE LP, 3501 OLYMPUS BLVD., SUITE 500, DALLAS, TX 75019**, (ASSIGNOR), does hereby grant, assign and transfer to **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,** whose address is **C/O SELENE FINANCE LP, 3501 OLYMPUS BLVD., SUITE 500, DALLAS, TX 75019**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: **11/30/2015**
Original Loan Amount: **$920,000.00**
Executed by (Borrower(s)): **GINA HOUGH**
Original Trustee: **COUNSELORS TITLE, LLC**
Original Beneficiary: **ALL CREDIT CONSIDERED MORTGAGE, INC. D/B/A ACC MORTGAGE, INC.**
Filed of Record:  In Book **N/A**, Page **N/A**
Document/Instrument No: **2015123944** in the Recording District of **Washington, DC**, Recorded on **12/8/2015**.

Legal Description:  SEE EXHIBIT "A" ATTACHED
Property more commonly described as: **2939 MACOMB STREET NW, WASHINGTON, DISTRICT OF COLUMBIA 20008**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: AUG 3 1 2024

**WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, BY SELENE FINANCE LP, ITS ATTORNEY-IN-FACT**

By: Matt Wylie
Title: **AUTHORIZED SIGNER**

Witness Name: David Segovia

POA Batch#12496
POA was recorded in Washington DC on 4/5/2022 Inst#2022037652

> A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of **TEXAS**
County of **DALLAS**

On AUG 3 1 2024, before me, Sandra Cuellar, a Notary Public, personally appeared Matt Wylie, AUTHORIZED SIGNER of/for SELENE FINANCE LP, AS ATTORNEY-IN-FACT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **TEXAS** that the foregoing paragraph is true and correct. I further certify Matt Wylie, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary Name): Sandra Cuellar
My commission expires: 5-6-2028

SANDRA CUELLAR
Notary Public, State of Texas
Comm. Expires 05-06-2028
Notary ID 132467105

EXHIBIT "A"

```
LOT NUMBERED TWENTY-ONE (21) IN HARRY A. KITE'S SUBDIVISION OF
LOTS IN SQUARE NUMBERED TWENTY HUNDRED EIGHTY-TWO (2082)
"CLEVELAND PARK" AND PART OF "CONNECTICUT AVENUE ADDITION TO
CLEELAND PARK", AS PER PLAT RECORDED IN THE OFFICE OF THE
SURVEYOR FOR THE DISTRICT OF COLUMBIA IN LIBER 41 AT FOLIO 181.
A.P.N.: 2082 0021
```

```
Doc #: 2024091110
Filed & Recorded
09/26/2024 11:59 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES          $25.00
  SURCHARGE                $5.00
TOTAL:                    $30.00
```