Doc #: 2023039737
05/12/2023 10:23 AM

Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(239) 351-2442

_____ Space above for Recorder's use _____

## CORRECTIVE ASSIGNMENT OF DEED OF TRUST
***This Assignment is being recorded to correct and replace the Assignment recorded on 11/14/2019 as Book/Page/Instrument# 201913801 in the records of the Clerk of Washington County, DC to correct the assignee***

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **DEEPHAVEN MORTGAGE, LLC**, whose address is **3530 TORINGDON WAY SUITE 200, CHARLOTTE, NC 28277**, (ASSIGNOR), does hereby grant, assign and transfer to **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST**, whose address is **C/O SELENE FINANCE LP, 3501 OLYMPUS BLVD., SUITE 500, DALLAS, TX 75019**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: **11/30/2015**
Original Loan Amount: **$920,000.00**
Executed by (Borrower(s)): **GINA HOUGH**
Original Trustee: **COUNSELORS TITLE, LLC**
Original Beneficiary: **ALL CREDIT CONSIDERED MORTGAGE, INC. D/B/A ACC MORTGAGE, INC.**
Filed of Record: In Book N/A, Page N/A
Document/Instrument No: **2015123944** in the Recording District of **Washington, DC**, Recorded on **12/8/2015**.

Legal Description: SEE EXHIBIT "A" ATTACHED
Property more commonly described as: **2939 MACOMB STREET NW, WASHINGTON, DISTRICT OF COLUMBIA 20008**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 4/18/2023

**DEEPHAVEN MORTGAGE, LLC**

By: Kevin Castro
Title: SUP

Witness Name: Christopher Lucas

> A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of **NC**
County of **Mecklenburg**

On **4/18/2023**, before me, **Amanda M. Wheeler**, a Notary Public, personally appeared **Kevin Carsten**, **SVP** of/for **DEEPHAVEN MORTGAGE, LLC**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY, under the laws of the State of **NC** that the foregoing paragraph is true and correct. I further certify **Kevin Carsten**, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

*/s/ Amanda M. Wheeler/*

(Notary Name): **Amanda M. Wheeler**
My commission expires: **4/18/2026**

```
AMANDA M. WHEELER
Notary Public, North Carolina
Mecklenburg County
My Commission Expires
April 18, 2026
```

**EXHIBIT "A"**

LOT NUMBERED TWENTY-ONE (21) IN HARRY A. KITE'S SUBDIVISION OF LOTS IN SQUARE NUMBERED TWENTY HUNDRED EIGHTY-TWO (2082) "CLEVELAND PARK" AND PART OF "CONNECTICUT AVENUE ADDITION TO CLEELAND PARK", AS PER PLAT RECORDED IN THE OFFICE OF THE SURVEYOR FOR THE DISTRICT OF COLUMBIA IN LIBER 41 AT FOLIO 181.
A.P.N.: 2082 0021

```
Doc #: 2023039737
Filed & Recorded
05/12/2023 10:23 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES           $25.00
   SURCHARGE                 $6.50
TOTAL:                      $31.50
```