| | | | | | | |
|---|---|---|---|---|---|---|
| Loan Number | | | | | | |
| Borrower | Gina A Hough | | | | | |
| Payments in POC (Arrears details) | Principal & Interest Due $227,940.84, Prepetition fees due $9,900.25, Escrow deficiency for funds advanced $44,022.69, Projected escrow shortage $10,097.71, Less funds on hand $0.0, Total prepetition arrearage $291,961.49; due date on 2/1/2022 | | | | | |
| Case Number | 25-00009 | | | | | |
| Filing Date | 1/8/2025 | | | | | |
| 1st Post Due Date | 2/1/2025 | | | | | |
| | POST-PETITION PAYMENT CHANGES | | | | | |
| **EFFECTIVE** | 02/01/25 | | | | | |
| **AMOUNT** | 7736.05 | | | | | |
| Date Received | Amount Received | Payment Amount Due | To/From Suspense | Suspense Balance | Due Date | Comments |
| | | | | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | Next due date on 2/1/2025 |
| | | | | | | |
| **Arrears Due:** | | 2/1/2025 | 7736.05 | | | |
| | | 3/1/2025 | 7736.05 | | | |
| | | 4/1/2025 | 7736.05 | | | |
| | | | | | | |
| Less suspense: | | | 0.00 | | | |
| **TOTAL:** | | | **$23,208.15** | | | |