UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>GINA A HOUGH<br><br>       Debtor(s) | Chapter 13<br>Case NO. 25-00009-ELG |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST<br>9990 Richmond Avenue, Suite 400 South<br>Houston, TX 77042<br><br>       Movant<br>v.<br><br>Gina A Hough<br>2939 Macomb Street<br>Washington, DC 20008<br><br>       Respondent(s) | Motion No. |

### **AMENDED NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

    U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust has filed papers with the court seeking relief from the automatic stay of 11 U.S.C § 362(a) to enable it proceed to foreclosure on the property known as 2939 Macomb Street NW, Washington, DC 20008.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by May 12, 2025 you or your lawyer must file a written response with the clerk of the Bankruptcy Court explaining your position and mail a copy to:

Mark D. Meyer, Esq.

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
22-002787-DC-B-2

mark.meyer@rosenberg-assoc.com
Rosenberg and Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for

**May 28, 2025 at 9:30 AM at the United States Bankruptcy Court, 333 Constitution Avenue N.W., Washington, DC 20001 Courtroom Number 1. Parties may attend in person or virtually via Zoom. Contact the Courtroom Deputy for Zoom Information - Gunn_Hearings@dcb.uscourts.gov.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEOFRE THE SCHEDULED HEARING DATE.

Date: April 22, 2025

    /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 23rd day of April, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Christianna Annette Cathcart, Esquire
1630 First Ave N
Ste B PMB 24
Fargo, ND 58102

     I hereby further certify that on the 23rd day of April, 2025, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Gina A Hough
2939 Macomb Street
Washington, DC 20008

     /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000