The order below is hereby signed.

Signed: May 6 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| GINA A HOUGH | * | CASE NO.: 25-00009-ELG |
| | | (Chapter 13) |
| Debtor | * | |
| * * * * * * * | | |
| | * | |
| MERCEDES-BENZ VEHICLE TRUST SUCCESSOR IN INTEREST TO DAIMLER TRUST | | |
| Movant | * | |
| v. | * | |
| GINA A HOUGH | * | |
| Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion Seeking Relief From Automatic Stay and to Reclaim Property filed by Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust, the Movant, with regard to the vehicle of which it is the owner and lessor, namely one 2021 Mercedes-Benz GLB250W4, serial number W1N4M4HB9MW142393; and Movant and the Respondent, Gina A Hough, having agreed to the terms of this Consent Order; it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the Automatic Stay be, and it hereby is, terminated to allow Movant to exercise and enforce its state law and lease agreement rights and remedies with regard to the above-described vehicle; and it is further

ORDERED, that Movant shall dispose of said vehicle in a commercially reasonable manner and shall provide an accounting of said sale to the Respondent.

AND IT IS FURTHER ORDERED, that the Respondent having waived the application of F.R.Bankr.P. 4001(a)(3), this Order shall be enforceable on the date of its entry.

The undersigned hereby agree to the terms of the foregoing Consent Order Terminating Automatic Stay.

| /s/Christianna A. Cathcart | /s/Michael J. Klima, Jr. |
|---|---|
| Christianna A. Cathcart ND10095 | MICHAEL J. KLIMA, JR. #25562 |
| 1050 Connecticut Avenue NW | 8028 Ritchie Highway |
| Suite 50 | Suite 300 |
| Washington, DC 20036 | Pasadena, MD 21122 |
| Phone: (202) 991-1101 | (410)768-2280 |
| Attorney for Debtor/ | Attorney for Movant |
| Respondent | Attorney File No.: 25-63123-0 |

Pursuant to General Order Number 2020-10, Rebecca A. Herr, the Chapter 13 Trustee, hereby endorses this order:

/s/Rebecca A. Herr
Rebecca A. Herr
185 Admiral Cochrane Dr
Ste 240
Annapolis, MD 21401
301-805-4700

   I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Consent Order.

                /s/Michael J. Klima, Jr.
                Michael J. Klima, Jr.

cc: Michael J. Klima, Jr., Esquire
   8028 Ritchie Highway
   Suite 300
   Pasadena, MD 21122

   Gina A Hough
   2939 Macomb Street
   Washington, DC 20008

   Maurice Belmont VerStandig
   Christianna A. Cathcart
   9812 Falls Road #114-160
   Potomac, MD 20854

   Rebecca A. Herr
   Chapter 13 Trustee
   185 Admiral Cochrane Drive
   Suite 240
   Annapolis, MD 21401

**End of Order**