The order below is hereby signed.

Signed: June 2 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON

| | |
|---|---|
| IN RE<br><br>GINA A HOUGH<br><br>   Debtor(s) | Chapter 13<br>Case NO. 25-00009-ELG |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST<br>9990 Richmond Avenue, Suite 400 South<br>Houston, TX 77042<br><br>   Movant<br>v.<br><br>Gina A Hough<br>2939 Macomb Street<br>Washington, DC 20008<br><br>   Respondent(s) | Motion No. |

## **CONSENT ORDER MODIFYING AUTOMATIC STAY**

Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay

Page 1

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
22-002787-DC-B-2

and the parties having reached an agreement, it is by the United States Bankruptcy Court for the District of Columbia:

ORDERED that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C. Sections 362(d), to permit Movant to commence foreclosure proceeding against the real property and improvements with a legal description of "Lot numbered Twenty-One (21) in Harry A. Kite`s Subdivision of lots in square numbered Twenty Hundred Eighty-Two (2082) "Cleveland Park" and part of "Connecticut Avenue Addition to Cleveland Park", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 41 at Folio 181. (Tax ID or Square/Lot) 2082 0021

(Property Street Address) 2939 Macomb Street, N.W., Washington, DC 20008" also known as 2939 Macomb Street NW, Washington, DC 20008 and to allow the successful purchaser to obtain possession of same; and be it further

ORDERED that the above Order be and it is hereby, stayed provided that the Debtor:

1. Make a payment to the Movant of $7736.05 (said payment represents the regular mortgage payment) by July 1, 2025 and continue thereafter to make regular monthly payments as they become due pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above referenced property; and

2. Within 14 days of entry of this Order file an amended plan to include the post-petition arrears of $40,229.25 which consists of 5 payments of $7,736.05 for February 1, 2025 - June 1, 2025 and attorney's fees and cost of $1549.00. Movant shall file an amended proof of claim to include the above arrears.

3. All payments to the Movant should be made to:

Selene Finance LP
3501 Olympus Blvd
Dallas, TX 75019


To the extent the Debtor defaults in making the above specified cure or regular payments then the Movant shall mail notice to the Debtor allowing an additional ten (10) days from the mailing of the notice to cure in certified funds and shall file an Affidavit of Default with the Court.  Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings.  If an objection is filed by the Debtor, the automatic stay shall remain in effect until the objection is resolved by the Court.  If after ten (10) days from the mailing of the notice, the payment remains in arrears and no objection is filed, Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above, without further order of court.

Upon the filing of the third such affidavit, the Automatic Stay shall immediately terminate; and be it further

ORDERED that the fourteen (14) day stay of Rule 4001(a)(3), and it is hereby, waived and the terms of this Order are immediately enforceable, and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362 be, and it hereby, shall not be reimposed as to the Debtor`s interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

AGREED AND CONSENTED TO:

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Attorney for Movant

/s/ Christianna A. Cathcart
Christianna Annette Cathcart, Esq.
Attorney for Debtor

SEEN AND NO OBJECTION:

*Benjamin J. Beatty  5/30/25*
Benjamin Beatty, Esq.
Counsel for Rebecca A. Herr,
Chapter 13 Trustee

cc.
Mark D. Meyer, Esq.
Rosenberg and Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Rebecca A. Herr
Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Christianna Annette Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N
Ste B PMB 24
Fargo, ND 58102-4246

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, MD 20854

Gina A Hough
2939 Macomb Street
Washington, DC 20008

    I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                                        /s/ Mark D. Meyer
                                       Mark D. Meyer, Esq. # 475552

**END OF ORDER**