Christianna A. Cathcart, Esq.
Bar No. ND0008
THE BELMONT FIRM
1050 Connecticut Avenue
NW Suite 50
Washington, DC 20036
Phone: (202) 655-2036
E-mail: christianna@dcbankruptcy.com
*Counsel for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GINA A. HOUGH,<br><br>Debtor. | No. 24-00009-ELG<br><br>Chapter 13 |

### NOTICE OF FILING OF FIRST AMENDED CHAPTER 13 PLAN

Comes now, Gina A. Hough (the "Debtor"), by and through undersigned counsel, and hereby submits this Notice of Filing of First Amended Chapter 13 Plan (the "Notice"), and in support thereof states as follows:

On June 2, 2025, the Court entered a Consent Order Modifying the Automatic Stay (Docket No. 44). Among other provisions, the Consent Order required the Debtor to file an amended Chapter 13 plan on or before June 16, 2025.

The Debtor has reviewed the proposed First Amended Chapter 13 Plan (the "Plan") and, via email to her undersigned counsel, indicated her agreement with its terms. However, as of the filing of this Notice, the Debtor has not yet executed the Plan via DocuSign.

Attached hereto as Exhibit A is a copy of the Plan. Although the Plan remains unsigned

at this time, it is being filed to ensure compliance with the deadline established in the Consent Order. Upon receipt of the Debtor's signature, the fully executed Plan will be filed with the Court.

**WHEREFORE,** the Debtor respectfully submits the attached First Amended Chapter 13 Plan in accordance with the Consent Order entered at Docket No. 44.

Respectfully submitted,

Date: June 16, 2025　　　　By:　/s/ Christianna A. Cathcart
Christianna A. Cathcart
Bar No. ND0008
THE BELMONT FIRM
1050 Connecticut Avenue NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
E-mail: christianna@dcbankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.