**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| GINA A. HOUGH | * | Case No: 25-00009-ELG |
| Debtor | * | (Chapter 13) |

**OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN**

COMES NOW, Creditor, Kristin Gerlach, by counsel, and hereby submits this objection to confirmation of the Debtor's proposed Amended Chapter 13 Plan dated June 16, 2025, and states as follows:

**I.    Factual Background**

1. Gina A. Hough ("Debtor") filed a voluntary petition under Chapter 13 of the Bankruptcy Code on January 8, 2025.

2. Pursuant to Form 122C-1, the Debtors' monthly income is $41,666.68 and her annual income is $500,000.16. [Dkt. 18 at 34].

3. Pursuant to Debtor's Form 122C-1, the median family income for the District of Columbia for one earner is $85,663.00. *Id*.

4. The Debtor is an above-median income debtor, as reflected on Form 122C-1, and is therefore required to commit all of her projected disposable income to payments under the Chapter 13 plan for a period of 60 months, pursuant to 11 U.S.C. §1325(b)(1)(B).

5. The Debtor's Form 122C-2 reflects monthly disposable income of $12,623.10. [Dkt. 18 at 41].

6. Over a 60-month commitment period, the Debtor is thus required to pay not less than $757,386.00 to unsecured creditors or through the Chapter 13 trustee.

7. The June 16, 2025 Amended Plan, provides for monthly payments of $0.00 for 5 months and $10,363.64 for 55 months, which is a total distribution of $570,000.20. [Dkt. 47 at 2].

8. The proposed Amended Plan provides for only a 0.45% payment of the total nonpriority unsecured claims, an estimated payment of $4,726.79. [Dkt. 47 at 7].

**II.    Legal Basis for Objection**

9. Pursuant to 11 U.S.C. §1325(b)(1)(B), if the trustee or the holder of an allowed unsecured claim objects to confirmation, the court may not approve the plan unless it provides that "…all of the debtor's projected disposable income to be received during the applicable commitment period...will be applied to make payments to unsecured creditors under the plan." 11 U.S.C. §1325(b)(1)(B).

10. The Debtor's plan fails to meet this requirement. By proposing to pay significantly less than her own calculated disposable income, the Debtor has not committed all projected disposable income as required by law.

11. The Debtor has not filed an amended Form 122C-2 or provided any evidence of a post-petition change in income or expenses that would warrant reducing the projected disposable income figure.

12. Without such a showing, the plan is not confirmable under §1325(b)(1)(B). Moreover, proposing a plan with such a vast shortfall raises additional concerns as to whether the plan has been proposed in good faith under §1325(a)(3).

WHEREFORE, Creditor, Kristin Gerlach, respectfully requests that the Court Deny confirmation of the Debtor's current proposed Chapter 13 plan and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated June 25, 2025

*/s/ Jason S. Ordene*
Stephen J. Whelan (Bar No. 1010351)
Jason S. Ordene (Bar No. 1011037)
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue, Suite 800W
Bethesda, Maryland 20814
(301) 656-2707 (Tel)
(301) 961-6525 (Fax)
swhelan@bregmanlaw.com
jordene@bregmanlaw.com
*Counsel for* Creditor, Kristin Gerlach

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2025, a copy of the foregoing was served via ECF upon the following:

**Christianna Annette Cathcart**  christianna@dakotabankruptcy.com

**Rebecca A. Herr**  ecf@ch13md.com

**Michael J Klima**  jklima@kpdlawgroup.com

**Mark Meyer**  bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

**U. S. Trustee for Region Four**  USTPRegion04.DC.ECF@USDOJ.GOV

**Maurice Belmont VerStandig**  mac@mbvesq.com,

lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

And by first class mail, postage prepaid upon:

**MEFA**
c/o Donohoe Law, P.C.
PO Box 702
Marshfield, MA 02050

**Massachusetts Educational Financing Authority**
Donohoe Law, P.C.
PO Box 702
Marshfield, MA 02050

**U.S. Bank Trust National Association**
Robertson, Anschutz, Schneid, Crane
13010 Morris Road, Suite 450
Alpharetta, GA 30004

                                                 */s/ Jason S. Ordene*
                                                 Jason S. Ordene