Christianna A. Cathcart, Esq.
Bar No. ND 10008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-00009 |
| | ) | (Chapter 13) |
| GINA A. HOUGH. | ) | |
| | ) | |
| Debtor. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June 2025, I caused a copy of the Amended Chapter 13 Plan (DE # 49), to be served on all parties on the attached mailing matrix, via first class mail, postage prepaid.

                                                    Respectfully submitted,

Dated: June 26, 2025                  By: /s/ Christianna A. Cathcart
                                                    Christianna A. Cathcart, Esq.
                                                    Bar No. ND 10008
                                                    The Belmont Firm
                                                    1050 Connecticut Avenue, NW
                                                    Suite 500
                                                    Washington, DC 20036
                                                    Phone: (202) 655-2770
                                                    christianna@dcbankruptcy.com
                                                    *Counsel for the Debtor.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECM SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                            (P)AMERICAN EDUCATION SERVICES       EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING     ATTN AES                             (D)(P)AMERICAN EDUCATION SERVICES
NCRS ADDRESS DOWNLOAD                P O BOX 8183                         ATTN AES
CASE 25-00009                        HARRISBURG PA 17105-8183             P O BOX 8183
DISTRICT OF DISTRICT OF COLUMBIA                                          HARRISBURG PA 17105-8183
WED JUN 25 15-56-17 PST 2025


                                     EXCLUDE
(P)BK SERVICING  LLC                 (U)US BANK TRUST NATIONAL ASSOCIATION  US BANK TRUST NATIONAL ASSOCIATION
PO BOX 131265                        NOT IN                                 ROBERTSON  ANSCHUTZ  SCHNEID  CRANE
ROSEVILLE MN 55113-0011                                                     13010 MORRIS ROAD  SUITE 450
                                                                            ALPHARETTA  GA 30004-2001


US BANK TRUST NATIONAL ASSOCIATION  NOT  WASHINGTON  DC                    AESMEFA
IN                                   E BARRETT PRETTYMAN U S COURTHOUSE    PO BOX 61047
9990 RICHMOND AVENUE  SUITE 400 SOUTH  333 CONSTITUTION AVE  NW 1225       HARRISBURG  PA 17106-1047
HOUSTON  TX 77042-4546               WASHINGTON  DC 20001-2802


AESMEFA ATTN BANKRUPTCY              AMERICAN COLLECTIONS E                (P)AMERICAN COLLECTIONS ENTERPRISE  IN
PO BOX 2461                          6094 FRANCONIA RD STE D               ATTN ATTN BANKRUPTCY NOTICE PROCESSING
HARRISBURG  PA 17105-2461            ALEXANDRIA  VA 22310-4433             DEPARTMENT
                                                                           205 S WHITING ST
                                                                           SUITE 500
                                                                           ALEXANDRIA VA 22304-3632


BARCLAYS BANK DELAWARE               BARCLAYS BANK DELAWARE                BLUESTONE BUILDERS
ATTN BANKRUPTCY                      PO BOX 8803                           1026 KING STREET
PO BOX 8801                          WILMINGTON  DE 19899-8803             ALEXANDRIA  VA 22314-6710
WILMINGTON  DE 19899-8801


BRANDYWINE DENTAL CARE               DC GOVT OFFICE OF TAX AND REVENUE     DC GOVT OFFICE OF TAX AND REVENUE
PO BOX 1269                          P O BOX 37559                         PO BOX 75520
COLUMBUS  OH 43216-1269              WASHINGTON  DC 20013-7559             WASHINGTON DC 20013-0520


EDFINANCIAL SERVICES                 EDFINANCIAL SERVICES                  INTERNAL REVENUE SERVICE
120 N SEVEN OAKS DR                  ATTN CLAIMS                           PO BOX 7346
KNOXVILLE  TN 37922-2359             PO BOX 36008                          PHILADELPHIA  PA 19101-7346
                                     KNOXVILLE  TN 37930-6008


                                                                           EXCLUDE
JPMCB CARD                           KRISTIN GERLACH                       (D)(P)AMERICAN EDUCATION SERVICES
PO BOX 30281                         4004 UNDERWOOD STREET                 ATTN AES
SALT LAKE CITY  UT 84130-0281        CHEVY CHASE  MD 20815-5028            P O BOX 8183
                                                                           HARRISBURG PA 17105-8183


                                     EXCLUDE
MERCEDES  BENZ FINANCIAL SERVICES    (D)(P)BK SERVICING  LLC               SELENE FINANCE
ATTN BANKRUPTCY PO BOX 685           PO BOX 131265                         ATTN BANKRUPTCY PO BOX 8619
ROANOKE  TX 76262-0685               ROSEVILLE MN 55113-0011               PHILADELPHIA  PA 19176-8619
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SELENE FINANCE<br>PHILADELPHIA PA 19101 | TEKCOLLECT INC<br>PO BOX 1269<br>COLUMBUS OH 43216-1269 | TEKCOLLECT INC<br>ATTN BANKRUPTCY<br>PO BOX 1269<br>COLUMBUS OH 43216-1269 |
| U S TRUSTEE FOR REGION FOUR<br>U S TRUSTEES OFFICE<br>1725 DUKE STREET<br>SUITE 650<br>ALEXANDRIA VA 22314-3489 | US BANK TRUST NATION ASSOCIATION<br>4340 EAST WEST HIGHWAY SUITE 600<br>BETHESDA MD 20814-4411 | EXCLUDE<br>(D)US BANK TRUST NATIONAL ASSOCIATION<br>ROBERTSON ANSCHUTZ SCHNEID CRANE<br>13010 MORRIS ROAD SUITE 450<br>ALPHARETTA GA 30004-2001 |
| US BANK TRUST NATIONAL ASSOCIATION NOT IN<br>SELENE FINANCE LP<br>3501 OLYMPUS BLVD SUITE 500<br>DALLAS TX 75019-6295 | US DEPARTMENT OF EDUCATION<br>120 N SEVEN OAKS DRIVE<br>KNOXVILLE TN 37922-2359 | USAA FEDERAL SAVINGS BANK<br>10750 MCDERMOTT FWY<br>SAN ANTONIO TX 78288-0002 |
| USAA FEDERAL SAVINGS BANK<br>ATTN BANKRUPTCY<br>10750 MCDERMOTT FWY<br>SAN ANTONIO TX 78288-0002 | USAA FEDERAL SAVINGS BANK<br>CO ROBERTSON ANSCHUTZ SCHNEID CRANE L<br>13010 MORRIS RD SUITE 450<br>ALPHARETTA GA 30004-2001 | WASHINGTON ORTHOPAEDIC SPORT<br>6094 FRANCONIA RD<br>STE D<br>ALEXANDRIA VA 22310-4433 |
| WELLS FARGO BANK NA<br>ATTN BANKRUPTCY<br>1 HOME CAMPUS MAC X2303-01A FL 3<br>DES MOINES IA 50328-0001 | WELLS FARGO BANK NA<br>PO BOX 393<br>MINNEAPOLIS MN 55480-0393 | WELLS FARGO BANK NA<br>WELLS FARGO CARD SERVICES<br>PO BOX 10438 MAC F8235-02F<br>DES MOINES IA 50306-0438 |
| CHRISTIANNA ANNETTE CATHCART<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 FIRST AVE N<br>STE B PMB 24<br>FARGO ND 58102-4246 | DEBTOR<br>GINA A HOUGH<br>2939 MACOMB STREET<br>WASHINGTON DC 20008-3316 | EXCLUDE<br>(D)KRISTIN GERLACH<br>4004 UNDERWOOD STREET<br>CHEVY CHASE MD 20815-5028 |
| MAURICE BELMONT VERSTANDIG<br>THE VERSTANDIG LAW FIRM LLC<br>9812 FALLS ROAD<br>114-160<br>POTOMAC MD 20854-3976 | REBECCA A HERR<br>185 ADMIRAL COCHRANE DR<br>STE 240<br>ANNAPOLIS MD 21401-7623 | |