The order below is hereby signed.

Signed: July 25 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:  :
   Gina A. Hough,  :  Case No. 25-00009- ELG
                                 :  Chapter 13
        Debtor.  :
                                 :

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

The Court held a hearing on July 24, 2025, on confirmation of the Chapter 13 Plan ("Plan") proposed by Gina A. Hough ("Debtor") at ECF 49, where counsel for the trustee, debtor, debtor's counsel, and objecting creditor's counsel all appeared. The Court having concluded that the Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325, and that Debtor appears unable to file a Plan susceptible of confirmation as she is in material default in plan payments to the Chapter 13 Trustee, and has not yet filed all of her tax returns as required under 11 U.S.C. § 1308. It is, therefore, by the United States Bankruptcy Court for the District of Columbia, **ADJUDGED**, **ORDERED**, and **DECREED**:

That confirmation of the Plan proposed by Debtor is denied without leave to amend or to file another Plan or modification of a Plan; and it is further,

That if, within fourteen (14) days from the date of the entry of this Order, this Case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed

by the Court pursuant to 11 U.S.C. § 1307(c)(5) without further notice or hearing.

I ASK FOR THIS:

/s/Rebecca A. Herr
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com

cc:
*Debtor*
*Debtor's Attorney*
*Trustee*
*Recipients of electronic notice*

**END OF ORDER**