The order below is hereby signed.

Signed: July 25 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
|    Gina A. Hough, | : | Case No. 25-00009- ELG |
| | : | Chapter 13 |
|         Debtor. | : | |
| | : | |

_____

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

The Court held a hearing on July 24, 2025, on confirmation of the Chapter 13 Plan ("Plan") proposed by Gina A. Hough ("Debtor") at ECF 49, where counsel for the trustee, debtor, debtor's counsel, and objecting creditor's counsel all appeared. The Court having concluded that the Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325, and that Debtor appears unable to file a Plan susceptible of confirmation as she is in material default in plan payments to the Chapter 13 Trustee, and has not yet filed all of her tax returns as required under 11 U.S.C. § 1308. It is, therefore, by the United States Bankruptcy Court for the District of Columbia, **ADJUDGED**, **ORDERED**, and **DECREED**:

That confirmation of the Plan proposed by Debtor is denied without leave to amend or to file another Plan or modification of a Plan; and it is further,

That if, within fourteen (14) days from the date of the entry of this Order, this Case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed

by the Court pursuant to 11 U.S.C. § 1307(c)(5) without further notice or hearing.

I ASK FOR THIS:

/s/Rebecca A. Herr
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com

cc:
*Debtor*
*Debtor's Attorney*
*Trustee*
*Recipients of electronic notice*

**END OF ORDER**

United States Bankruptcy Court

District of Columbia

In re: Case No. 25-00009-ELG

Gina A Hough    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1    User: admin    Page 1 of 2
Date Rcvd: Jul 25, 2025    Form ID: pdf001    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

**Recip ID          Recipient Name and Address**
db      + Gina A Hough, 2939 Macomb Street, Washington, DC 20008-3316

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:**

**Name      Email Address**

Christianna Annette Cathcart
     on behalf of Debtor Gina A Hough christianna@dakotabankruptcy.com

Jason Scott Ordene
     on behalf of Creditor Kristin Gerlach jordene@bregmanlaw.com mgomes@wtplaw.com

Mark Meyer
     on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Mark Meyer
     on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
     on behalf of Debtor Gina A Hough mac@mbvesq.com
     lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 25, 2025 | Form ID: pdf001 | Total Noticed: 1 |

Michael J Klima, Jr  on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust jklima@kpdlawgroup.com

Rebecca A. Herr  ecf@ch13md.com

U. S. Trustee for Region Four  USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 8