The order below is hereby signed.

Signed: August 14 2025



/s/ Elizabeth L. Gunn
Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:**<br>　　Gina A. Hough,<br>　　　　Debtor. | **Case No. 25-00009-ELG**<br><br>**Chapter 13** |

## ORDER DISMISSING CASE

On July 25, 2025, the Court entered an *Order Denying Confirmation of Chapter 13 Plan* (ECF No. 51) providing that the Gina A. Hough (the "Debtor") had fourteen days (14) to convert to a case under another chapter or voluntarily dismiss this case before the case would be dismissed without further notice or hearing. The Debtor took no further action and cause exists to dismiss this case.

Therefore, it is **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED** without prejudice.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is hereby terminated.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice.