The order below is hereby signed.

Signed: August 14 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:**<br>**Gina A. Hough,**<br>       **Debtor.** | **Case No. 25-00009-ELG**<br><br>**Chapter 13** |

## ORDER DISMISSING CASE

On July 25, 2025, the Court entered an *Order Denying Confirmation of Chapter 13 Plan* (ECF No. 51) providing that the Gina A. Hough (the "Debtor") had fourteen days (14) to convert to a case under another chapter or voluntarily dismiss this case before the case would be dismissed without further notice or hearing. The Debtor took no further action and cause exists to dismiss this case.

Therefore, it is **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED** without prejudice.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is hereby terminated.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice.

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 25-00009-ELG |
| Gina A Hough | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: pdf001 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina A Hough, 2939 Macomb Street, Washington, DC 20008-3316 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 783661 | | AES/Mefa, PO Box 61047, Harrisburg, PA 17106-1047 |
| 783662 | | AES/Mefa Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 783663 | | American Collections E, 6094 Franconia Rd Ste D, Alexandria, VA 22310-4433 |
| 784317 | #+ | Bluestone Builders, 1026 King Street, Alexandria, VA 22314-6710 |
| 783667 | | Brandywine Dental Care, PO Box 1269, Columbus, OH 43216-1269 |
| 783794 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 75520, WASHINGTON DC 20013-0520 |
| 784318 | + | Kristin Gerlach, 4004 Underwood Street, Chevy Chase, MD 20815-5028 |
| 783672 | | Selene Finance, Philadelphia, PA 19101 |
| 783676 | + | U.S. Bank Trust Nation Association, 4340 East West Highway, Suite 600, Bethesda, MD 20814-4411 |
| 783679 | | Washington Orthopaedic Sport, 6094 Franconia Rd, Ste D, Alexandria, VA 22310-4433 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Aug 14 2025 22:12:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Aug 14 2025 22:07:31 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Aug 14 2025 22:07:32 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Aug 14 2025 22:12:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Aug 14 2025 22:12:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | | Email/Text: bankruptcynotices@donohoelawpc.com | Aug 14 2025 22:12:00 | MEFA, c/o Donohoe Law, P.C., PO Box 702, Marshfield, MA 02050 |
| cr | | Email/Text: bankruptcynotices@donohoelawpc.com | Aug 14 2025 22:12:00 | Massachusetts Educational Financing Authority, Donohoe Law, P.C., PO Box 702, Marshfield, MA 02050 |

| District/off: 0090-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: pdf001 | Total Noticed: 44 |

| Recip ID | Notice Type | Email/Method | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: bkteam@selenefinance.com | Aug 14 2025 22:12:00 | U.S. Bank Trust National Association, not in its i, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 783664 | | Email/Text: ebn@amcollect.com | Aug 14 2025 22:12:00 | American Collections Enterprise, Inc, Attn: Bankruptcy, 205 S Whiting St Ste 500, Alexandria, VA 22304-3632 |
| 784107 | | Email/Text: bankruptcynotices@donohoelawpc.com | Aug 14 2025 22:12:00 | MEFA, c/o Melissa Donohoe Dixon, Esq., Donohoe Law, P.C., PO Box 702, Marshfield, MA 02050 |
| 783666 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 14 2025 22:12:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 783665 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 14 2025 22:12:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 783659 | ^ | MEBN | Aug 14 2025 22:07:33 | DC GOV'T OFFICE OF TAX AND REVENUE, P O Box 37559, Washington, DC 20013-7559 |
| 783668 | | Email/Text: EBN@edfinancial.com | Aug 14 2025 22:12:00 | Edfinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 783669 | | Email/Text: EBN@edfinancial.com | Aug 14 2025 22:12:00 | Edfinancial Services, Attn: Claims, PO Box 36008, Knoxville, TN 37930-6008 |
| 784316 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2025 22:12:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 783670 | ^ | MEBN | Aug 14 2025 22:07:33 | Jpmcb Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 783671 | | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Aug 14 2025 22:12:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy PO Box 685, Roanoke, TX 76262-0685 |
| 783887 | | Email/Text: notices@bkservicing.com | Aug 14 2025 22:12:00 | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 783673 | | Email/Text: bkteam@selenefinance.com | Aug 14 2025 22:12:00 | Selene Finance, Attn: Bankruptcy PO Box 8619, Philadelphia, PA 19176-8619 |
| 783675 | | Email/Text: Bankruptcy@TekCollect.com | Aug 14 2025 22:12:00 | Tek-Collect Inc, PO Box 1269, Columbus, OH 43216-1269 |
| 783674 | | Email/Text: Bankruptcy@TekCollect.com | Aug 14 2025 22:12:00 | Tekcollect Inc, Attn: Bankruptcy, PO Box 1269, Columbus, OH 43216-1269 |
| 783885 | + | Email/Text: RASEBN@raslg.com | Aug 14 2025 22:12:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 785146 | + | Email/Text: bkteam@selenefinance.com | Aug 14 2025 22:12:00 | U.S. Bank Trust National Association, not in its i, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 784036 | + | Email/Text: EBN@edfinancial.com | Aug 14 2025 22:12:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 783678 | | Email/Text: bkelectronicnotices@usaa.com | Aug 14 2025 22:12:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 783677 | | Email/Text: bkelectronicnotices@usaa.com | Aug 14 2025 22:12:00 | USAA Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 784227 | + | Email/Text: RASEBN@raslg.com | Aug 14 2025 22:12:00 | USAA Federal Savings Bank, c/o Robertson,Anschutz,Schneid & Crane L, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 783681 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 14 2025 22:30:46 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |

| 783680 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 14 2025 22:30:14 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |
|---|---|---|---|
| 784457 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 14 2025 22:30:46 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | *+ | Kristin Gerlach, 4004 Underwood Street, Chevy Chase, MD 20815-5028 |
| cr | * | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 784037 | *+ | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025               Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

**Name**                  **Email Address**

Christianna Annette Cathcart
　　on behalf of Debtor Gina A Hough christianna@dakotabankruptcy.com

Jason Scott Ordene
　　on behalf of Creditor Kristin Gerlach jordene@bregmanlaw.com mgomes@wtplaw.com

Mark Meyer
　　on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Mark Meyer
　　on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
　　on behalf of Debtor Gina A Hough mac@mbvesq.com
　　lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael J Klima, Jr
　　on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust jklima@kpdlawgroup.com

Rebecca A. Herr
　　ecf@ch13md.com

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 14, 2025 | Form ID: pdf001 | Total Noticed: 44 |

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 8